UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN

### MOTION FOR COPY OF SEALED UNREDACTED DOCUMENTS

The United States of America, via the undersigned, respectfully requests this court to provide a copy of sealed documents 114, 115, 116, 117, 166, 290, 292, 296, 298, 302, 310, 311, 313, 314, 315, 325, 326, 335, 337, 338, 353, 386, 387, 408, 409, 459, and 460, filed in the instant case. These pleadings and Orders are the sealed and unredacted versions of redacted filings that primarily pertain to the *Kastigar* litigation in this case. The Government, via the cross counsel AUSA David Pardo, seeks the sealed unredacted versions of these filings to provide to the appellate division within the United States Attorney's Office, such that the record on appeal is complete.

The proposed procedure is for the Clerk's Office to provide these pleadings and Orders to Legal Assistant Christina Licardi in Jacksonville, who will then provide the pleadings to the assigned AUSA in the appellate division. The trial team will remain walled off from these sealed and unredacted filings.

Dated this 23rd day of January, 2025.

>Respectfully submitted,
>
>ROGER B. HANDBERG
>United States Attorney
>
>By: /s/ David J. Pardo
>DAVID J. PARDO
>Assistant United States Attorney
>Florida Bar No. 82396
>400 N. Tampa Street, Suite 3200
>Tampa, Florida 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>E-mail: David.Pardo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2025, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

>/s/ David J. Pardo
>DAVID J. PARDO
>Assistant United States Attorney